**Order entered December 10, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-15-00938-CR
No. 05-15-00939-CR

**DEMARCUS JERMANE SAMPSON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 5**
**Dallas County, Texas**
**Trial Court Cause Nos. F09-12092-L, F09-12093-L**

## ORDER

The Court **DENIES** as moot appellant's December 9, 2015 motion to extend time to file his brief.  By order dated December 9, 2015, we ordered appellant's brief filed on our own motion.


/s/     ADA BROWN
          JUSTICE